UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------
WALTER T. GALE, by his court appointed
Conservator, Patricia Gale,
WALTER R. EHLE,
by his attorney-in-fact, Gloria Ehle, and
ALTHEA M. PAGLIARULI, by her
court appointed Conservator,
Joseph Pagliaruli,

              Plaintiffs,              Civil Action no. 3:11-CV-00972(AVC)

      v.

RODERICK L. BREMBY,              NEW MOTION FOR
Commissioner, Connecticut            EMERGENCY RELIEF AND
                                                  REMOVAL OF STAY
Department of Social Services,

              Defendant.              DATE: May 1, 2012
-------------------------------------------------

This Court's RULING ON THE DEFENDANT'S MOTION FOR A PRELIMINARY INJUNCTION, filed March 29, 2012, denied Plaintiff Pagliaruli's Motion for a Preliminary Injunction because she had "...no presently pending application for Medicaid benefits..." and the Court "has not received any notification of a new application for benefits..." (p. 12 of this Court's Ruling).

Subsequent to this Court's Ruling, an application for Medicaid was filed for Plaintiff Pagliaruli with the New Britain Office of the Connecticut Department of Social Services on or about April 19, 2012 (see attached affidavit from Amy E. Orlando).

**ORAL ARGUMENT NOT REQUESTED**

{1526514: }

3:11CV00972AVC. 10/31/12. On July 5, 2011, the plaintiffs filed a motion for preliminary injunction seeking to enjoin the defendant from denying the plaintiffs benefits for health care and services provided under the Connecticut Home Care Program for Elders ("CHCPE") pursuant to § 4030.47 of the DSS UPM. On March 29, 2012, the court issued a ruling denying the motion without prejudice with respect to the plaintiff, Althea Pagliaruli, because she had no pending application for Medicaid benefits, and granting the motion with respect to the plaintiff, Walter Ehle. The court, however, ordered a stay of the order pending the Second Circuit Court of Appeal's ruling in Lopes v. Department of Social Services, No. 10-3741cv (2d Cir. 2012).

On or about April 19, 2012, Pagliaruli filed an application for Medicaid with the Connecticut Department of Social Services. Pagliaruli subsequently filed a second motion for preliminary injunction seeking to enjoin the defendant from denying Pagliaruili benefits for health care and services provided under the CHCPE. Because Pagliaruili has a currently pending claim for Medicaid benefits, and for the reasons stated in the court's ruling on March 29, 2012, Pagliaruli's motion for a preliminary injunction is granted.

On October 2, 2012, the Second Circuit Court of Appeals affirmed the District Court's ruling in Lopes, holding that "the payment stream from a non-assignable annuity is not a resource for purposes of determining Medicaid eligibility." Lopes v. Department of Social Services, No. 10-3741cv at 12 (2d Cir. 2012). Accordingly, the stay on the court's ruling dated March 29, 2012 is hereby lifted.

So ordered.

/s/ Alfred V. Covello, USDJ

Alfred V. Covello
United States District Judge